IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VIRGIL E. BROWN dba VIRGIL E. BROWN INSURANCE | CASE NO. 17-cv-01917-CAB |
| Plaintiff | JUDGE CHRISTOPHER A. BOYKO |
| v. | **PLAINTIFF VIRGIL E. BROWN'S MOTION FOR DEFAULT JUDGMENT PURSUANT TO CIV. R. 55 AGAINST DEFENDANT AAA SUPER PAVING AND SEAL COATING** |
| AAA SUPER PAVING AND SEAL COATING | |
| Defendants | |

Plaintiff Virgil E. Brown dba Virgil E. Brown Insurance hereby moves this Corut for an Entry granting Default Judgment against Defendant AAA Super Paving and Seal Coating pursuant to Civ. R. 55(b)(2).  The reason for Plaintiff's request are fully contained in the foregoing Memorandum in Support.

WHEREFORE Plaintiff Virgil E. Brown hereby moves this Court for an Entry of Default Judgment Against Defendant AAA Super Paving and Seal Coating and for all other relief this Court may deem just and proper.

        Respectfully submitted,

        /s/Brian D. Flick, Esq.
        Brian D. Flick  #0081605
        Marc E. Dann (0039425)
        William C. Behrens (0093031)
        DANNLAW
        PO Box 6031040
        Cleveland, OH 44103
        (216) 373-0539
        (216) 373-0536 e-fax
        *notices@dannlaw.com*
        *Attorneys for Plaintiff*

Default entered as to Defendant AAA Super Paving and Seal Coating on 12/8/2017.
Sandy Opacich, Clerk of Court
by:  s/ Christine M. Huth

_____
Deputy Clerk