## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

VIRGIL E. BROWN dba VIRGIL E. BROWN   CASE NO. 17-cv-01917-CAB
INSURANCE

                                            JUDGE CHRISTOPHER A. BOYKO

    Plaintiff

         v.

AAA SUPER PAVING AND SEAL COATING

    Defendants

**ENTRY GRANTING PLAINTIFF VIRGIL E. BROWN'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT AAA SUPER PAVING AND SEAL COATING (DOC. 5)**

    This matter is before the Court on Plaintiff Virgil E. Brown's Motion for Default Judgment against Defendant AAA Super Paving and Seal Coating filed on December 8th, 2017 (Doc. No. 5).  The reasons for Plaintiff's Motion are fully contained in the Memorandum in Support contained in the Motion.

    For good cause shown the Court hereby GRANTS Plaintiff's Motion.  Plaintiff Virgil E. Brown is hereby entitled to the following from Defendant AAA Super Paving and Seal Coating:

1. An award of $500.00 against Defendant pursuant to 47 U.S.C. 227(b)(3)(B);
2. An award of Plaintiff's Attorney's Fees and Costs against Defendant in the amount of $2,561.38

**IT IS SO ORDERED.**

                                                      s/ Christopher A. Boyko_____
                                                      CHRISTOPHER A. BOYKO
                                                      UNITED STATES DISTRICT JUDGE

DATED:  January 11, 2018